

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-11-00245-CV

IN RE CRAWFORD KER                                  RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay are denied.

PER CURIAM

PANEL:  GARDNER, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  July 8, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).